ALERT: DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATIONWIDE COVID-19 IMPACTS, PACKAGE DELIVERY TIMES MAY BE EXTENDED. PRIORITY MAI...

## USPS Tracking®

FAQs >

**Track Another Package** +

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**
(https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Remove ×

**Tracking Number:** 70181830000210713675

Your item was delivered at 4:50 am on July 16, 2020 in WASHINGTON, DC 20530.

### ✓ Delivered

July 16, 2020 at 4:50 am
Delivered
WASHINGTON, DC 20530

**Get Updates** ∨

---

**Text & Email Updates** ∨

**Return Receipt Electronic** ∨

**Tracking History** ∧

July 16, 2020, 4:50 am
Delivered
WASHINGTON, DC 20530
Your item was delivered at 4:50 am on July 16, 2020 in WASHINGTON, DC 20530.

July 15, 2020, 10:45 am
Available for Pickup
WASHINGTON, DC 20530

July 15, 2020, 5:34 am
Arrived at Unit
WASHINGTON, DC 20018

July 14, 2020
In Transit to Next Facility

July 10, 2020, 11:15 pm
Departed USPS Facility
ALBUQUERQUE, NM 87101

July 10, 2020, 9:25 pm
Arrived at USPS Origin Facility
ALBUQUERQUE, NM 87101

July 10, 2020, 5:08 pm
Departed Post Office
TAOS, NM 87571

July 10, 2020, 4:47 pm
USPS in possession of item
TAOS, NM 87571





July 16, 2020

Dear Dina Gonzales:

The following is in response to your request for proof of delivery on your item with the tracking number: **7018 1830 0002 1071 3675**.

| Item Details | |
|---|---|
| Status: | Delivered |
| Status Date / Time: | July 16, 2020, 4:50 am |
| Location: | WASHINGTON, DC 20530 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| Shipment Details | |
| Weight: | 7.0oz |
| Recipient Signature | |

Signature of Recipient: *[signature: Eddie K Anderson / EDDIE L. ANDERSON]*

Address of Recipient: *[JUSTICE 20530]*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004