AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of New Mexico

DINÉ CITIZENS AGAINST RUINING OUR ENVIRONMENT, et al.,

*Plaintiff(s)*

v.  Civil Action No. 1:20-cv-00673-JFR-JHR

UNITED STATES BUREAU OF LAND MANAGEMENT, et al.,

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  David Bernhardt, Secretary
U.S. Department of the Interior
1849 C Street, N.W.
Washington, DC 20240


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Allyson A. Beasley
Western Environmental Law Center
208 Paseo del Pueblo Sur, #602
Taos, New Mexico 87571
beasley@westernlaw.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: Friday, July 10, 2020

Denisse Rincon

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:20-cv-00673-JFR-JHR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* David Bernhardt, Secretary U.S. Department of the Interior

was received by me on *(date)* 07/10/2020.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Copies of the summons, Complaint, plaintiffs' corporate disclosure statement, and the Court's notice of case assignment to a U.S. Magistrate Judge were sent via U.S. Postal Service first class, certified mail, return receipt requested on July 10, 2020. The same documents were sent via the same method and on the same date to the Civil Process Clerk for the U.S. Attorney for the District of New Mexico, and to the U.S. Attorney General. See attached receipts & USPS.com tracking information.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 07/16/2020

_____
Server's signature

Dina M. Gonzales,
Administrative Coordinator
Printed name and title

208 Paseo del Pueblo Sur, #602
Taos, NM 87571
Server's address

Additional information regarding attempted service, etc:

ALERT: DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATIONWIDE COVID-19 IMPACTS, PACKAGE DELIVERY TIMES MAY BE EXTENDED. P...

# USPS Tracking®

FAQs >

Track Another Package +

**Track Packages Anytime, Anywhere**  Get the free Informed Delivery® feature to receive automated notifications on your packages    Learn More (https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Remove ✕

**Tracking Number:** 70181830000210713644

Your item was delivered to an individual at the address at 12:15 pm on July 15, 2020 in WASHINGTON, DC 20240.

## ⊘ Delivered

July 15, 2020 at 12:15 pm
Delivered, Left with Individual
WASHINGTON, DC 20240

Get Updates ⌄

---

**Text & Email Updates** ⌄

**Return Receipt Electronic** ⌄

**Tracking History** ⌃

July 15, 2020, 12:15 pm
Delivered, Left with Individual
WASHINGTON, DC 20240
Your item was delivered to an individual at the address at 12:15 pm on July 15, 2020 in WASHINGTON, DC 20240.

July 15, 2020, 6:24 am
Arrived at Unit
WASHINGTON, DC 20018

July 14, 2020
In Transit to Next Facility

July 10, 2020, 11:15 pm
Departed USPS Facility
ALBUQUERQUE, NM 87101

July 10, 2020, 9:25 pm
Arrived at USPS Origin Facility
ALBUQUERQUE, NM 87101

July 10, 2020, 5:08 pm
Departed Post Office
TAOS, NM 87571

July 10, 2020, 4:47 pm
USPS in possession of item
TAOS, NM 87571



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.

WASHINGTON DC 20240

Certified Mail Fee  $3.55
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $
☒ Return Receipt (electronic)  $ $0.00
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required  $
☐ Adult Signature Restricted Delivery $
Postage  $2.00
Total Postage and Fees  $7.25

Sent To  David Bernhardt, Secretary
Street and Apt. No., or PO Box No.  U.S. Department of the Interior
City, State, ZIP+4®  1849 C Street, N.W. Washington DC 20240

PS Form 3800, April 2015 PSN 7...

Postmark Here  07/10/2020

7018 1830 0002 1071 3644



July 15, 2020

Dear Dina Gonzales:

The following is in response to your request for proof of delivery on your item with the tracking number: **7018 1830 0002 1071 3644**.

| Item Details | |
|---|---|
| Status: | Delivered, Left with Individual |
| Status Date / Time: | July 15, 2020, 12:15 pm |
| Location: | WASHINGTON, DC 20240 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| Weight: | 6.0oz |

### Recipient Signature

| | |
|---|---|
| Signature of Recipient: | *Gwen Thornton* |
| Address of Recipient: | 1849 C St NW |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004