ALERT: DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATIONWIDE COVID-19 IMPACTS, PACKAGE DELIVERY TIMES MAY BE EXTENDED. PRIO...

# USPS Tracking®

FAQs >

## Track Another Package +

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Remove ✕

**Tracking Number:** 70181830000210713682

Your item has been delivered and is available at a PO Box at 8:03 am on July 13, 2020 in ALBUQUERQUE, NM 87103.

### ✓ Delivered

July 13, 2020 at 8:03 am
Delivered, PO Box
ALBUQUERQUE, NM 87103

**Get Updates** ⌄

**Text & Email Updates**

**Return Receipt Electronic**

**Tracking History**

July 13, 2020, 8:03 am
Delivered, PO Box
ALBUQUERQUE, NM 87103
Your item has been delivered and is available at a PO Box at 8:03 am on July 13, 2020

July 11, 2020, 9:09 am
Available for Pickup
ALBUQUERQUE, NM 87103

July 11, 2020, 9:02 am
Arrived at Unit
ALBUQUERQUE, NM 87102

July 11, 2020, 3:13 am
Departed USPS Facility
ALBUQUERQUE, NM 87101

July 10, 2020, 9:25 pm
Arrived at USPS Facility
ALBUQUERQUE, NM 87101

July 10, 2020, 5:08 pm
Departed Post Office
TAOS, NM 87571

July 10, 2020, 4:47 pm
USPS in possession of item
TAOS, NM 87571



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

ALBUQUERQUE, NM 87103    OFFICIAL USE

| Certified Mail Fee | $3.55 | |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☒ Return Receipt (hardcopy) | $ $1.70 | |
| ☒ Return Receipt (electronic) | $ $0.00 | |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $2.20 | |
| Total Postage and Fees | $10.30 | |

TAOS NM 0571 20
Postmark Here
JUL 10 20

07/10/2020

Sent To
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

Civil Process Clerk
The U.S. Attorney's Office
District of New Mexico
P.O. Box 607
Albuquerque, NM 87103

PS Form 3800, April 2015 PSN 7530-02-000-

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Civil Process Clerk
The U.S. Attorney's Office
District of New Mexico
P.O. Box 607
Albuquerque, NM 87103

9590 9402 3374 7227 3204 86

2. Article Number (Transfer from service label)

7018 1830 0002 1071 3682

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ____    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Annette Clark

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

JUL 13 2020

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

**UNITED STATES**
**POSTAL SERVICE**

July 13, 2020

Dear Dina Gonzales:

The following is in response to your request for proof of delivery on your item with the tracking number: **7018 1830 0002 1071 3682**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered, PO Box |
| **Status Date / Time:** | July 13, 2020, 8:03 am |
| **Location:** | ALBUQUERQUE, NM 87103 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
| --- | --- |
| **Weight:** | 7.0oz |

| Recipient Signature | |
| --- | --- |



| | |
| --- | --- |
| Signature of Recipient: | |
| Address of Recipient: | |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004