ALERT: DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATIONWIDE COVID-19 IMPACTS, PACKAGE DELIVERY TIMES MAY BE EXTENDED. PRIORITY MAI...

# USPS Tracking®

FAQs ›

**Track Another Package** +

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

Learn More

(https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https %3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Tracking Number: 70181830000210713675

Remove ✕

Your item was delivered at 4:50 am on July 16, 2020 in WASHINGTON, DC 20530.

## ⊘ Delivered

July 16, 2020 at 4:50 am
Delivered
WASHINGTON, DC 20530

Get Updates ∨

| Text & Email Updates | ∨ |
|---|---|

| Return Receipt Electronic | ∨ |

| Tracking History | ∧ |

July 16, 2020, 4:50 am
Delivered
WASHINGTON, DC 20530
Your item was delivered at 4:50 am on July 16, 2020 in WASHINGTON, DC 20530.

July 15, 2020, 10:45 am
Available for Pickup
WASHINGTON, DC 20530

July 15, 2020, 5:34 am
Arrived at Unit
WASHINGTON, DC 20018

July 14, 2020
In Transit to Next Facility

July 10, 2020, 11:15 pm
Departed USPS Facility
ALBUQUERQUE, NM 87101

July 10, 2020, 9:25 pm
Arrived at USPS Origin Facility
ALBUQUERQUE, NM 87101

July 10, 2020, 5:08 pm
Departed Post Office
TAOS, NM 87571

July 10, 2020, 4:47 pm
USPS in possession of item
TAOS, NM 87571




**UNITED STATES**
**POSTAL SERVICE**

July 16, 2020

Dear Dina Gonzales:

The following is in response to your request for proof of delivery on your item with the tracking number:
**7018 1830 0002 1071 3675**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered |
| **Status Date / Time:** | July 16, 2020, 4:50 am |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
| --- | --- |
| **Weight:** | 7.0oz |

**Recipient Signature**

| | |
| --- | --- |
| Signature of Recipient: | *Eddie Kibulesser* *EDDIE L. HANGERSON* |
| Address of Recipient: | *WSHTGE 20530* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004