AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of New Mexico

| | |
|---|---|
| DINÉ CITIZENS AGAINST RUINING OUR ENVIRONMENT, et al., <br> *Plaintiff(s)* <br><br> v. <br><br> UNITED STATES BUREAU OF LAND MANAGEMENT, et al., <br> *Defendant(s)* | Civil Action No. 1:20-cv-00673-JFR-JHR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Tim Spisak, State Director
U.S. Bureau of Land Management
New Mexico State Office
301 Dinosaur Trail
Santa Fe, NM 87508

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Allyson A. Beasley
Western Environmental Law Center
208 Paseo del Pueblo Sur, #602
Taos, New Mexico 87571
beasley@westernlaw.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: Friday, July 10, 2020

Denisse Rincon
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:20-cv-00673-JFR-JHR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Tim Spisak, State Director, U.S. Bureau of Land Management, New Mexico State Office

was received by me on *(date)* 07/10/2020

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☒ Other *(specify):* Copies of the summons, complaint, plaintiffs' corporate disclosure statement, and the Court's notice of case assignment to a U.S. Magistrate Judge were sent via U.S. Postal Service first class, certified mail, return receipt requested on July 10, 2020. The same documents were sent via the same method and on the same date to the Civil Process Clerk for the U.S. Attorney for the District of New Mexico, and to the U.S. Attorney General. See attached receipts & USPS.com tracking information.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 07/16/2020

*Server's signature*

Dina M. Gonzales, Administrative Coordinator
*Printed name and title*

208 Paseo del Pueblo Sur, #602
Taos, NM 87571
*Server's address*

Additional information regarding attempted service, etc:

ALERT: DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATIONWIDE COVID-19 IMPACTS, PACKAGE DELIVERY TIMES MAY ...

# USPS Tracking®

FAQs >

Track Another Package +

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**
(https://reg.usps.com/xsell?app=UspsTools&ref=ho nepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Remove ✕

**Tracking Number:** 70181830000210713668

Your item was delivered to an individual at the address at 1:28 pm on July 13, 2020 in SANTA FE, NM 87508.

## ✓ Delivered

July 13, 2020 at 1:28 pm
Delivered, Left with Individual
SANTA FE, NM 87508

Get Updates ⌄

---

**Text & Email Updates** ⌄

---

**Return Receipt Electronic** ⌄

---

**Tracking History** ⌃

July 13, 2020, 1:28 pm
Delivered, Left with Individual
SANTA FE, NM 87508
Your item was delivered to an individual at the address at 1:28 pm on July 13, 2020 in SANTA FE, NM 87508.

July 11, 2020, 5:58 pm
Delivery Attempted - No Access to Delivery Location
SANTA FE, NM 87508

July 11, 2020
In Transit to Next Facility

July 10, 2020, 5:08 pm
Departed Post Office
TAOS, NM 87571

July 10, 2020, 4:47 pm
USPS in possession of item
TAOS, NM 87571

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

SANTA FE NM 87508

Certified Mail Fee $3.55
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ $1.70
☒ Return Receipt (electronic)      $ $0.00       Postmark
☐ Certified Mail Restricted Delivery $ $0.00       Here
☐ Adult Signature Required         $ $0.00
☐ Adult Signature Restricted Delivery $

Postage $2.00
$

Total Postage and Fees $7.25
$

Sent To         Tim Spisak, State Director
                U.S. Bureau of Land Management
Street and Apt. No., or PO Box No.  New Mexico State Office
                301 Dinosaur Trail
City, State, ZIP+4®  Santa Fe, NM 87508

PS Form 3800, April 2015 PSN 7

7018 1830 0002 1071 3668



July 13, 2020

Dear Dina Gonzales:

The following is in response to your request for proof of delivery on your item with the tracking number: **7018 1830 0002 1071 3668**.

| Item Details | |
|---|---|
| Status: | Delivered, Left with Individual |
| Status Date / Time: | July 13, 2020, 1:28 pm |
| Location: | SANTA FE, NM 87508 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| Weight: | 6.0oz |

### Recipient Signature

| | |
|---|---|
| Signature of Recipient: | C15RT345M<br>C15RT345M |
| Address of Recipient: | 30 Dinosaur TRL |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004