ALERT: DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATIONWIDE COVID-19 IMPACTS, PACKAGE DELIVERY TIMES MAY BE EXTENDED. PRIO...

# USPS Tracking®

FAQs >

Track Another Package +

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

Learn More

(https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https %3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Remove X

**Tracking Number:** 70181830000210713682

Your item has been delivered and is available at a PO Box at 8:03 am on July 13, 2020 in ALBUQUERQUE, NM 87103.

## ✓ Delivered

July 13, 2020 at 8:03 am
Delivered, PO Box
ALBUQUERQUE, NM 87103

Get Updates ∨

**Text & Email Updates**

**Return Receipt Electronic**

**Tracking History**

July 13, 2020, 8:03 am
Delivered, PO Box
ALBUQUERQUE, NM 87103
Your item has been delivered and is available at a PO Box at 8:03 am on July 13, 2020

July 11, 2020, 9:09 am
Available for Pickup
ALBUQUERQUE, NM 87103

July 11, 2020, 9:02 am
Arrived at Unit
ALBUQUERQUE, NM 87102

July 11, 2020, 3:13 am
Departed USPS Facility
ALBUQUERQUE, NM 87101

July 10, 2020, 9:25 pm
Arrived at USPS Facility
ALBUQUERQUE, NM 87101

July 10, 2020, 5:08 pm
Departed Post Office
TAOS, NM 87571

July 10, 2020, 4:47 pm
USPS in possession of item
TAOS, NM 87571





July 13, 2020

Dear Dina Gonzales:

The following is in response to your request for proof of delivery on your item with the tracking number: **7018 1830 0002 1071 3682**.

| Item Details | |
|---|---|
| Status: | Delivered, PO Box |
| Status Date / Time: | July 13, 2020, 8:03 am |
| Location: | ALBUQUERQUE, NM 87103 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| Weight: | 7.0oz |

**Recipient Signature**

| | |
|---|---|
| Signature of Recipient: |  |
| Address of Recipient: | |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004