# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

DINÉ CITIZENS AGAINST RUINING
OUR ENVIRONMENT, *et al.,*

      Plaintiffs,   Case No. 1:20-cv-00673-KG-JHR

  v.

UNITED STATES BUREAU OF LAND
MANAGEMENT, *et al.*,

      Federal Defendants.

## ORDER GRANTING UNOPPOSED MOTION FOR STAY OF PROCEEDINGS

THIS MATTER came before the Court on Plaintiffs' Unopposed Motion For a Stay of Proceedings. ECF No. 34 (January 29, 2021). The Court, having reviewed the Motion, finds it is well-taken and hereby GRANTS the Motion. The current schedule is stayed pending the Court's decision on Plaintiffs' Motion to File a Supplemental Petition. ECF No. 33. (January 19, 2021). Parties shall file a Status Report proposing a revised briefing schedule within 14 days of the Court's decision on Plaintiffs' Motion to File a Supplemental Petition.

IT IS HEREBY ORDERED.

_____
UNITED STATES DISTRICT JUDGE