IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DINÉ CITIZENS AGAINST RUINING
OUR ENVIRONMENT, *et al.,*

       Plaintiffs,                                   Case No. 1:20-cv-00673-KG-JHR

       v.

UNITED STATES BUREAU OF LAND
MANAGEMENT, et al.,

       Federal Defendants.

---

ORDER ALLOWING SUPPLEMENTAL PETITION FOR REVIEW

---

THIS MATTER came before the Court on Plaintiffs' Unopposed Motion to File Supplemental Petition for Review (Doc. 33), filed January 19, 2021. The Court, having reviewed the Motion, finds it is well-taken and hereby GRANTS the Motion.

IT IS HEREBY ORDERED.

                                                        _____
                                                        UNITED STATES DISTRICT JUDGE