IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DINÉ CITIZENS AGAINST RUINING
OUR ENVIRONMENT, et al.,

    Plaintiffs,

v.

    Case No. 1:20-cv-00673-KG-JHR

U.S. BUREAU OF LAND MANAGEMENT,
et al.,

    Federal Defendants.

## ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS BY 14 DAYS AND VACATE BRIEFING DEADLINES AND HEARING

This matter comes before the Court on Plaintiffs', Federal Defendants', and Defendant-Intervenor's Joint Motion to Stay Proceedings by 14 Days and Vacate Briefing Deadlines and Hearing. The Court, having reviewed the Motion, finds it well-taken and hereby GRANTS the Motion.

IT IS HEREBY ORDERED that all proceedings in this case are STAYED for 14 days from the date of this Order. All current briefing deadlines and the hearing scheduled for January 28, 2022 are VACATED. On or before February 9, 2022, the Parties shall file a joint status report notifying the Court of the status of the Parties' efforts to resolve the issues raised in Plaintiffs' preliminary injunction motion (ECF No. 52) and Federal Defendants' voluntary remand motion (ECF No. 47) and proposing a schedule for future proceedings in this case.

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE