IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DINÉ CITIZENS AGAINST RUINING
OUR ENVIRONMENT, et al.,

        Plaintiffs,

v.

U.S. BUREAU OF LAND MANAGEMENT,
et al.,

        Federal Defendants.

Case No. 1:20-cv-00673-KG-JHR

ORDER EXTENDING STAY OF CASE

This matter comes before the Court on Plaintiffs', Federal Defendants', and Defendant-Intervenor's Joint Status Report and Motion to Extend Stay. The Court, having reviewed the Joint Status Report and Motion, finds it well-taken and hereby ORDERS that all proceedings in this case are STAYED until February 16, 2022. On or before February 16, 2022, the Parties shall file a joint status report notifying the Court of the status of the Parties' settlement discussions and proposing a schedule for future proceedings in this case.

    IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE