# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| DINÉ CITIZENS AGAINST RUINING OUR ENVIRONMENT, et al., <br><br>Plaintiffs, <br><br> v. <br><br> U.S. BUREAU OF LAND MANAGEMENT, et al., <br><br> Federal Defendants. | Case No. 1:20-cv-00673-KG-JHR |

## ORDER EXTENDING STAY OF CASE

This matter comes before the Court on Plaintiffs', Federal Defendants', and Defendant-Intervenor's Joint Status Report and Motion to Extend Stay. The Court, having reviewed the Joint Status Report and Motion, finds it well-taken and hereby ORDERS that all proceedings in this case are STAYED until April 1, 2022. On or before April 1, 2022, the Parties shall file either a joint motion seeking approval of their settlement agreement or a joint status report notifying the Court of the status of the Parties' settlement discussions and proposing a schedule for future proceedings in this case.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE