IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| DINÉ CITIZENS AGAINST RUINING OUR ENVIRONMENT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. BUREAU OF LAND MANAGEMENT, et al., <br><br> Federal Defendants. | Case No. 1:20-cv-00673-KG-JHR |

ORDER STAYING CASE

This matter comes before the Court on Plaintiffs', Federal Defendants', and Defendant-Intervenor's Joint Motion for Stay Based on the Parties' Settlement Agreement. The Court, having reviewed the Motion, finds it well-taken and ORDERS as follows:

The terms of the Parties' Settlement Agreement (ECF No. 63-1) are hereby incorporated into this Order by reference.

All proceedings in this case are STAYED until August 1, 2022. However, notwithstanding the stay, the Parties may move to enforce the Settlement Agreement pursuant to the terms of that Agreement.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE