IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DINÉ CITIZENS AGAINST RUINING
OUR ENVIRONMENT, et al.,

      Plaintiffs,

v.                                                                                          Civ. No. 20-0673 KG/JHR

U.S. BUREAU OF LAND MANAGEMENT,
et al.,

      Defendants.

## ORDER FOR JOINT STATUS REPORT

This matter comes before the Court *sua sponte*. Pursuant to the parties Joint Motion to Stay (Doc. 63), the Court stayed this case through August 1, 2022. (Doc. 64). On or before August 12, 2022, the parties shall file a joint status report notifying the Court of the status of the settlement agreement and any other pertinent discussions. The parties will also propose a schedule for future proceedings or propose a schedule for closing this case, whichever is appropriate.

      IT IS SO ORDERED.

                                                              UNITED STATES DISTRICT JUDGE