IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DINÉ CITIZENS AGAINST RUINING
OUR ENVIRONMENT, et al.,

      Plaintiffs,

v.

U.S. BUREAU OF LAND MANAGEMENT,
et al.,

      Federal Defendants.

Case No. 1:20-cv-0673-KG-JHR

## ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS RELATED TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS, AND OTHER EXPENSES UNDER THE EQUAL ACCESS TO JUSTICE ACT

This matter comes before the Court on the Parties' December 12, 2022 Joint Motion to Stay Proceedings Related to Plaintiffs' Motion For Attorneys' Fees, Costs, and Other Expenses Under the Equal Access to Justice Act. The Court finds the Motion well-taken and GRANTS the Motion.

IT IS HEREBY ORDERED that this matter is STAYED until February 28, 2023.

On or before February 28, 2023, if a settlement agreement has not been filed, the Parties will either request an additional stay if good-faith settlement negotiations remain productive or if additional time is needed to finalize an agreement in principle, or propose a briefing schedule for an amended fee motion, response, and reply.

IT IS SO ORDERED.

                                                    _____
                                                    UNITED STATES DISTRICT JUDGE