IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DINÉ CITIZENS AGAINST RUINING
OUR ENVIRONMENT, et al.,

       Plaintiffs,

   v.

U.S. BUREAU OF LAND MANAGEMENT,
et al.,

       Federal Defendants.

Case No. 1:20-cv-00673-KG-JHR

## ORDER GRANTING JOINT MOTION TO EXTEND STAY OF PROCEEDINGS RELATED TO PLAINTIFFS' FEES MOTION

This matter comes before the Court on Plaintiffs' and Federal Defendants' Joint Motion to Extend Stay of Proceedings Related to Plaintiffs' Fees Motion. The Court finds the Motion well-taken and GRANTS the Motion.

IT IS HEREBY ORDERED that this matter is stayed until May 1, 2023. If Plaintiffs have not withdrawn their motion for fees, costs, and expenses on or before May 1, 2023, by that same date the Parties shall file a joint status report regarding the status of their compliance with their fees settlement agreement.

IT IS SO ORDERED.

                                                                                                            _____
                                                                                 UNITED STATES DISTRICT JUDGE